UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
Vermaline McCracon

                Plaintiff,

      -against-

Law Office of Julian S. Kaufman, PLLC
Julian S. Kaufman,

                Defendant.

------------------------------------------x

**NOTICE OF APPEARANCE**

20-CV-7914

S I R S:

      PLEASE TAKE NOTICE THAT the defendants, LAW OFFICE OF JULIAN S. KAUFMAN and JULIAN S. KAUFMAN, hereby appear in the above-entitled action and that the undersigned has been retained as counsel for said defendants therein.

Dated:   October 20, 2020

                                    _____
                                    ARTHUR SANDERS, ESQ. (AS1210)
                                    BARRON & NEWBURGER, P.C.
                                    Attorneys for defendant
                                    30 South Main Street
                                    New City, NY  10956
                                    845-499-2990