UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Vermaline McCracon

               Plaintiff,

Case No.  20-CV-7914(CS)

      -against-

Law Office of Julian S. Kaufman
PLLC, et al.              Defendant.

--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Brian Lewis Bromberg
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is 2441947_____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Bromberg Law Office, P.C._____
               FIRM ADDRESS: 26 Broadway, 27th Floor, New York, NY 10004___
               FIRM TELEPHONE NUMBER: (212) 248-7906_____
               FIRM FAX NUMBER: (212) 248-7908_____

NEW FIRM:    FIRM NAME: Bromberg Law Office, P.C._____
               FIRM ADDRESS: 352 Rutland Road #1, Brooklyn, NY 11225___
               FIRM TELEPHONE NUMBER: (212) 248-7906_____
               FIRM FAX NUMBER: (212) 248-7908_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
was entered on _____ by Judge_____.

Dated: 11/20/2020         /s/ Brian Lewis Bromberg_____
                         ATTORNEY'S SIGNATURE